**Dismiss and Opinion Filed December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00788-CV**

**ANTOINETTE CROW, Appellant**
**V.**
**HAPPY FAMILY APARTMENTS AND UGWUMBA, INC. D/B/A HA,**
**Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00956-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Nowell
Opinion by Justice Nowell

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by November 3, 2022. On November 7, 2022, we notified appellant the time for filing appellant's brief had expired and directed appellant to file the brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

220788f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTOINETTE CROW, Appellant

No. 05-22-00788-CV  V.

HAPPY FAMILY APARTMENTS
AND UGWUMBA, INC. D/B/A HA,
Appellees

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-22-00956-
C.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice
Partida-Kipness participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 16th day of December, 2022.